O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANET GARCIA,<br><br>             Plaintiff,<br>      v.<br><br>CHIPOTLE MEXICAN GRILL, INC.;<br>and DOES 1 to 50,<br><br>             Defendants. | Case No. 5:11-cv-01183-ODW(OPx)<br><br>**ORDER DENYING FIRST STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES [24]** |

The Court is in receipt of the parties First Stipulation to Reschedule Trial and Pretrial Dates. (ECF No. 24.) The Court deems the parties' proposed dates unreasonable and therefore **DENIES** the Stipulation.

This case was filed on July 27, 2011. In the parties' joint Rule 26(f) report, they indicated that Initial Disclosures would be exchanged by October 4, 2011, and that the parties anticipated completing most written discovery by December 31, 2011; percipient witness depositions by February 2012. (ECF No. 16, at 3–4.) The parties also proposed an April 9, 2012 discovery cut-off date. (*Id.* at 4.)

While the Court inadvertently permitted eight months to elapse from the originally scheduled November 7, 2011 scheduling conference date until it issued its

/ / /

/ / /

July 3, 2012 Scheduling and Management Order,[1] this oversight did not relieve the parties of their obligations to prosecute this action diligently.  What's worse, the parties never bothered contact the Court to follow up on the status of the Scheduling and Case Management Order; instead, it appears they allowed this case to languish pending further notice from the Court.

The parties' utter lack of prosecution in this matter is unacceptable.  This is, quite simply, a simple, run-of-the-mill wrongful termination case.  The parties identified no problematic issues in their 26(f) Report, and they have identified none now.  Had Defendant anticipated a meritorious motion for summary judgment, Defendant could and should have pursued the necessary discovery; it did not.  The parties Stipulation is therefore **DENIED**.

*This case will go to trial before the close of the year*.  The parties shall propose pretrial and trial dates accordingly.

**IT IS SO ORDERED.**

July 13, 2012

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

---

[1] Indeed, the Court accounted for this fact in modifying the parties proposed dates by several months to allow for any setbacks the Court's delay may have caused.

2